

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-18-00512-CR

**EX PARTE** Steven **ROBLES**,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

Appellant's motion for rehearing was due on August 30, 2019. On September 9, 2019, appellant filed a "Notice of Late Filing Motion for Rehearing," which we construe as a motion for extension of time to file a motion for rehearing. Appellant also filed, on September 9, 2019, a motion for rehearing. We GRANT appellant's Notice of Late Filing Motion for Rehearing, as construed, and deem his motion for rehearing timely filed. We DENY appellant's motion for rehearing.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk